UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOMMIE SLACK,

                Plaintiff,

v.

BRYAN O'FAIROLL, *et al*.,

                Defendants.

Case No. C11-2185-MJP-JPD

ORDER STRIKING PLAINTIFF'S PENDING MOTIONS

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff has submitted two motions to the Court for consideration: a motion to amend his complaint and a motion for summary judgment. A review of these motions reveals that plaintiff failed to serve copies of the motions on defendants and he also failed to note the motions for consideration as required by the local rules of this court. *See* Local Rule CR 7(b)(1). In addition, the Court notes that plaintiff failed to submit in conjunction with his motion to amend a proposed amended complaint. The Court will not consider any motion to amend that is not accompanied by a proposed amended complaint. For these reasons, neither of plaintiff's motions is properly before the Court at this time.

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS - 1

1  Accordingly, the Court does hereby ORDER as follows:

2  (1) Plaintiff's motion to amend his complaint (Dkt. No. 14) and plaintiff's motion for
3  summary judgment (Dkt. No. 16) are STRICKEN.

4  (3) The Clerk is directed to send copies of this Order to plaintiff, to the King County
5  Prosecutor's Office, and to the Honorable Marsha J. Pechman.

6  DATED this 13th day of April, 2012.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER STRIKING PLAINTIFF'S
PENDING MOTIONS - 2